AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Carolyn C. Jeter,
               *Plaintiff*
             v.                           Civil Action No.   3:11-627-MBS

Bob Capes Realty, Inc.; Bob Capes Realty-Aiken, LLC; Bob Capes Realty-Upstate, LLC; DTBCR Holdings, Inc.; DTBCR Holdings-Aiken, LLC; Century 21 Bob Capes Realtors Commission Advantage Plan; Frontier Trust Company, successor by merger to Frontier Trust Company, FSB,
               *Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff <u>Carolyn C. Jeter</u> recover jointly and severally from the defendants <u>Bob Capes Realty, Inc., DTBCR Holdings, Inc., Bob Capes Realty-Aiken, LLC, DTBCR Holdings-Aiken, LLC, Bob Capes Realty-Upstate, LLC, and Bob Capes Realtors Commission Advantage Plan</u> the amount of <u>Three Hundred Seventy-Seven Thousand, One Hundred Seven and 84/100</u> dollars (<u>$377,107.84</u>) including all costs, prejudgment interest, attorney's fees and other amounts recoverable in this matter, plus postjudgment interest at the rate of <u>.17</u> %.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Chief United States District Judge.

Date:  October 2, 2012                                  *CLERK OF COURT*

                                                                          s/Angie Snipes
                                                      *Signature of Clerk or Deputy Clerk*