# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Carolyn C. Jeter,<br>            *Plaintiff*<br>                    v.<br><br>Bob Capes Realty, Inc.; Bob Capes Realty-Aiken, LLC; Bob Capes Realty-Upstate, LLC; DTBCR Holdings, Inc.; DTBCR Holdings-Aiken, LLC; Century 21 Bob Capes Realtors Commission Advantage Plan; Frontier Trust Company, successor by merger to Frontier Trust Company, FSB,<br>            *Defendants* | Civil Action No.   3:11-627-MBS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff Carolyn C. Jeter recover jointly and severally from the defendants Bob Capes Realty, Inc., DTBCR Holdings, Inc., Bob Capes Realty-Aiken, LLC, DTBCR Holdings-Aiken, LLC, Bob Capes Realty-Upstate, LLC, and Bob Capes Realtors Commission Advantage Plan the amount of Three Hundred Seventy-Seven Thousand, One Hundred Seven and 84/100 dollars ($377,107.84) including all costs, prejudgment interest, attorney's fees and other amounts recoverable in this matter, plus postjudgment interest at the rate of .17 %.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Chief United States District Judge.

Date:  October 2, 2012                                              *CLERK OF COURT*

                                                                                    s/Angie Snipes
                                                                        _____
                                                                        *Signature of Clerk or Deputy Clerk*